JS-6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH RANDALL,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>MOLLY HILL, Warden,<br><br>　　　　　　　Respondent. | Case No. EDCV 17-2096-JGB (LAL)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: January 31, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE